UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDON BURTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-01030-JPH-DLP |
| | ) |
| MATT MYERS, | ) |
| HOLDRIETH, | ) |
| MAINTENANCE DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

**ORDER ASSESSING A STRIKE AND DIRECTING ENTRY OF FINAL JUDGMENT**

This action is dismissed. The Order of April 9, 2020, dismissed the operative complaint pursuant to 28 U.S.C. § 1915A. The plaintiff was given a period of time in which to attempt to cure the deficiencies noted in that Order. The deadline has passed without response from the plaintiff. Therefore, this action is properly **dismissed**. 28 U.S.C. § 1915A.

Because the complaint has been dismissed for failure to state a claim, the plaintiff is assessed a strike and notified that upon the receipt of three total strikes, he will not be permitted to proceed *in forma pauperis* in future litigation unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Judgment dismissing this action shall now issue.

**SO ORDERED.**

Date: 5/14/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BRANDON BURTON
BARTHOLOMEW COUNTY JAIL
543 2nd Street
Columbus, IN 47201